UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**                                              **PETITIONER**

**v.**                                               **CIVIL ACTION NO. 3:10-cv-670DPJ-FKB**

**GARY WADE PARKER**                                                      **RESPONDENT**

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge F. Keith Ball. On November 19, 2010, Judge Ball ordered Gary Wade Parker to appear on January 13, 2011, to show cause why he should not be compelled to comply with an Internal Revenue Service (IRS) Summons. Parker appeared before the court and Judge Ball entered his recommendation. Parker has not filed an objection to the Report and Recommendation. As such, the Court finds that the Report and Recommendation should be adopted as the holding of the Court.

**IT IS THEREFORE, ORDERED** that Respondent, Gary Wade Parker, present himself to William D. Stone, Revenue Officer, Internal Revenue Service on Monday, February 14, 2011, at 1:00 p.m. at 2209 Fifth Street North, Columbus, Mississippi 39706-2211, for the purpose of complying with the IRS Summons. A copy of the IRS Summons is attached hereto as Exhibit A.

**IT IS FURTHER ORDERED** that in the event the Respondent fails to appear or otherwise comply with this Order and upon notice to the Court by the Petitioner of the Respondent's failure to comply, a bench warrant be issued by the Court.

**IT IS HEREBY FURTHER ORDERED** that a copy of this Order and the attached Exhibit A shall be personally served on Respondent Gary Wade Parker, by an official of the Internal Revenue Service within five (5) days of the date of this Order and the Internal Revenue

Service and/or the United States Attorney shall within twenty-four (24) hours from the date of this Order cause a copy of this Order to be sent by certified mail to Respondent, Gary Wade Parker.

**SO ORDERED AND ADJUDGED** this the 4th day of February, 2011.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE